No. 91–1664. DYKES v. NORTHERN VIRGINIA TRANSPORTATION DISTRICT COMMISSION ET AL. Sup. Ct. Va. Certiorari denied.

No. 91–1684. WILLIAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–1713. ZUMBO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–6462. VAN HORN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6627. MALANDRINI v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–6876. EDWARDS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91–6943. MILLSAPS v. MASTERS ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–7129. PERDOMO RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7448. CARTER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7462. SALGADO-ARISTIZABEL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7463. UBRI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7469. AGU v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7516. ORTIZ-MORILLO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7654. RICH v. UNITED STATES; and
No. 91–7907. HOOPER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 949 F. 2d 1158.

No. 91–7792. CORONEL v. COMMISSIONER, PATENT AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied.